**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JOVYN ALICEA, individually,**

    Plaintiff,

v.                                          **CASE NO. 3:16-cv-1153-J-39JRK**

**BROOKDALE SENIOR LIVING INC.,**
**a foreign corporation,**

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective undersigned counsel and pursuant to Rule 41, Fed.R.Civ.P., hereby jointly stipulate and agree to the dismissal of the above-referenced action with prejudice, with each party to bear his or its own attorneys' fees and costs.

Dated this 7th day of February, 2017.

                        Respectfully submitted,

| /s/ Matthew W. Birk | /s/ Catherine H. Molloy |
|---|---|
| Matthew W. Birk, Esquire | Richard C. McCrea, Jr. |
| Florida Bar No. 92265 | Florida Bar No. 351539 |
| Email: mbirk@gainesvilleemploymentlaw.com | Email: mccrear@gtlaw.com |
| The Law Office of Matthew Birk, LLC | Catherine H. Molloy |
| 309 N.E. 1st Street | Florida Bar No. 33500 |
| Gainesville, FL  32601 | Email: molloyk@gtlaw.com |
| PH:  (352) 244-2069 | GREENBERG TAURIG, P.A. |
| Fax:  (352) 372-3464 | 101 E. Kennedy Blvd, Suite 1900 |
| *Attorney for Plaintiff Jovyn Alicea* | Tampa, FL  33602 |
| | (813) 318-5700 – Telephone |
| | (813) 318-590 – Facsimile |
| | *Attorneys for Defendant* |
| | *Brookdale Senior Living Inc.* |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on February 7, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

        Matthew W. Birk, Esquire
    THE LAW OFFICE OF MATTHEW BIRK, LLC
          309 N.E. 1st Street
          Gainesville, FL  32601

                              /s/ Catherine H. Molloy
                                  Attorney

*TPA 512273140v1*