UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOVYN ALICEA, Individually,**

    **Plaintiff,**

v.                                      Case No. 3:16-cv-1153-J-39JRK

**BROOKDALE SENIOR LIVING, INC.,**
a foreign corporation,

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 9; Stipulation) filed on February 7, 2017. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

    1.    This case is **DISMISSED with prejudice.**

    2.    Each party shall bear its own costs and fees.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of February, 2017.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*